**WHATLEY DRAKE, LLC**
JOE R. WHATLEY, JR.
PETER H. BURKE
2323 Second Avenue North
Birmingham, AL 35202
Telephone: 205/328-9576
Facsimile: 205/328-9669

\*\*E-filed 8/8/05\*\*

Plaintiffs' Lead Co-Counsel

**REICH & BINSTOCK, LLP**
PAUL T. WARNER
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone: 713/622-7271
Facsimile: 713/623-8724

Plaintiffs' Lead Co-Counsel

**GILBERT & SACKMAN**, A LAW CORPORATION
JAY SMITH (SBN 166105)
LAURIE A. TRAKTMAN (SBN 165588)
6100 Wilshire Blvd., Suite 700
Los Angeles, CA 90048
Telephone: 323/938-3000
Facsimile: 323/937-9139

Plaintiffs' Liaison Counsel

[Counsel con't. on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ARIBA, INC. DERIVATIVE LITIGATION | CV-03-02172 JF (PVT) |
| | [~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| This Document Relates To:<br>   ALL ACTIONS | |

```
 1  SHEARMAN & STERLING, LLP
    JEFFREY S. FACTOR
    RAYMOND A. JUST
 2  525 Market Street, Suite 1500
    San Francisco, CA 94104-1522
 3  Phone: (415) 616-1100
    Fax: (415) 616-1199
 4
    Counsel for Defendants Keith J. Krach, Robert
 5  M. Calderoni, Robert C. Kagle, Paul Hegarty,
    John B. Mumford, Robert J. DeSantis, Karl C.
 6  Kleinssner, Kirk A. Cruikshank, Rune C. Eliasen,
    Paul A. Melchiorre, Hatim A. Tyabji,
 7  Robert E. Knowling, Paul Touw and
    nominal defendant Ariba
 8

 9  RUBY & SCHOFIELD
    GLEN SCHOFIELD
10  60 South Market Street, Ste. 1500
    San Jose, CA 95113
11  Telephone: (408) 998-8500
    Fax: (408) 998-8503
12
    Counsel for Defendant Edward P. Kinsey
13

14  KORDA, JOHNSON & WALL, LLP
    MICHAEL KORDA
15  66 East Santa Clara St., Ste. 250
    San Jose, CA 95113
16  Telephone: (408) 494-0700
    Fax: (408) 494-0707
17
    Counsel for Defendant Lawrence A. Mueller
18

19

20

21

22

23

24

25

26

27

28
```

1  Pursuant to the stipulation between Plaintiff and the Defendants dated August 4, 2005, and good cause appearing therefore, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed on the following terms and conditions.

   1. The dismissal is without prejudice.
   2. All attorney's fees and costs shall be taxed against the party incurring same.
   3. Under the circumstances notice pursuant to Rule 23.1 of the Federal Rules of Civil Procedure shall not be required.

DATED this __4th__ day of __August_____, 2005.

/s/electronic signature authorized
_____
The Honorable Jeremy F. Fogel
United States District Judge